INFORMATION SHEET

**CR 11 768**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: __United States v. Abdeladim El-Kebir__

2. Docket Number(s): _____
   None ( x )

3. Arrest Date: __N/A__

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

   FILED
   IN CLERK'S OFFICE
   U.S. DISTRICT COURT E.D.N.Y
   ★ NOV 10 2011 ★
   BROOKLYN OFFICE

   TOWNES, J
   REYES, M.J

5. Related Cases - Title and Docket Nos. (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):
   _____

6. Projected Length of Trial:   Less than 6 weeks   (XX)
                                More than 6 weeks   (  )

7. County in which crime was allegedly committed: __Kings__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?        ( ) Yes    (XX) No

9. Have arrest warrants been ordered?              (XX) Yes   ( ) No

10. Capital count included?                         ( ) Yes    (XX) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Zainab Ahmad
Assistant U.S. Attorney

Rev. 3/22/01